NORKUS v. PITTSBURGH COAL CO.    (No. 7490.)

(Supreme Court, Appellate Division, First Department.    June 11, 1915.)

CORPORATIONS ☞668—FOREIGN CORPORATION—SERVICE OF PROCESS.

Under the express provisions of Code Civ. Proc. § 432, subd. 3, service on a resident director of a foreign corporation owning property within the state is valid service on the corporation.

[Ed. Note.—For other cases, see Corporations, Cent. Dig. §§ 2603–2627; Dec. Dig. ☞668.]

Appeal from Special Term, New York County.

Action by Mike Norkus against the Pittsburgh Coal Company. From an order denying defendant's motion to set aside service by summons, defendant appeals.    Affirmed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Francis S. Hutchins, of New York City, for appellant.
Charles Goldsier, of New York City, for respondent.

PER CURIAM.    By section 432, subd. 3, of the Code of Civil Procedure, service is authorized upon a resident director, where the defendant, a foreign corporation, has property within this state. The person served was a resident director, and from the record it appears that the defendant corporation has property within this state. The service upon the defendant in this manner is therefore authorized by the Code, and for that reason the motion to set aside the service of the summons was properly denied.

The order appealed from is therefore affirmed, with $10 costs and disbursements.    Order filed.